**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaime Bernal,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. 12-CV-1640-PHX-PGR (BSB)<br><br>**ORDER** |

The Court having reviewed the Report and Recommendation of Magistrate Judge Bade, and no party having filed an objection,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 13) is ACCEPTED and ADOPTED by the Court.[1]

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.

DATED this 6th day of January, 2014.

Paul G. Rosenblatt
United States District Judge

---

[1] On June 8, 1993, Petitioner was convicted of two counts of attempted first-degree murder and received aggravated sentences of 28 years on each count. The convictions became final on November 24, 1994. The Anti-Terrorism and Effective Death Penalty Act ("AEDPA") went into effect April 24, 1996. Petitioner filed his habeas petition on August 1, 2012. Magistrate Judge Bade recommended that the petition be denied as untimely, having been filed 15 years after the expiration AEDPA's one-year statute of limitations.